BRYAN CAVE LLP
Jonathan Solish (CA Bar No. 67609)
Keith D. Klein (CA Bar No. 184846)
Kristy A. Murphy (CA Bar No. 252234)
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
E-Mail: jonathan.solish@bryancave.com
        keith.klein@bryancave.com
        kristy.murphy@bryancave.com
Attorneys for Defendants
[Defendant Sumitomo Corporation *specially appearing*]

HORNBERGER & BREWER
Nicholas W. Hornberger (CA Bar No. 53776)
444 South Flower Street, Suite 3010
Los Angeles, California 90071-2901
Telephone: (213) 488-1655
Facsimile: (213) 488-1255
E-Mail: nhornberger@hgblaw.com
Attorneys for Plaintiffs
AYU'S GLOBAL TIRE, LLC and AYELE HAILEMARIAM

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYU'S GLOBAL TIRE, LLC, a California corporation; and AYELE HAILEMARIAM, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SUMITOMO CORPORATION, a Japanese Company; SUMITOMO CORPORATION OF AMERICA, a New York Corporation; BIG O TIRES, LLC, a Nevada Limited Liability Company; TBC CORPORATION, a Florida Corporation; RICK CASTRO, an individual; ROGER ANDERSON, an individual; DUANE FRESHKNOCK, an individual; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. CV09-7165 RGK (PLAx)<br><br>[Assigned to Hon. R. Gary Klausner]<br><br>**STIPULATION TO DISMISS DEFENDANT SUMITOMO CORPORATION WITH PREJUDICE**<br><br>Complaint Filed: August 28, 2009<br>Trial Date: Not yet assigned |

SM01DOCS\753557.1               1
STIPULATION TO DISMISS DEFENDANT SUMITOMO CORPORATION

IT IS HEREBY STIPULATED by and between plaintiffs Ayu's Global Tire, LLC and Ayele Hailemariam (collectively, the "Plaintiffs") and defendants Sumitomo Corporation (*specially appearing*), Sumitomo Corporation of America, Big O Tires, LLC, TBC Corporation, Rick Castro, Roger Anderson, and Duane Freshknock (collectively, the "Defendants"), by and through their attorneys of record, as follows:

1. WHEREAS, Sumitomo Corporation is a Japanese corporation headquartered in Tokyo, Japan;

2. WHEREAS, Sumitomo Corporation is not a party to any agreement with the plaintiffs;

3. WHEREAS, counsel for the defendants met and conferred with counsel for the plaintiffs regarding the Motion to Dismiss for Lack of Personal Jurisdiction that Sumitomo Corporation intended to file;

4. WHEREAS, the plaintiffs have agreed to dismiss Sumitomo Corporation from this action with prejudice;

**NOW, THEREFORE, THE PARTIES AGREE AND STIPULATE AS FOLLOWS:**

1. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiffs dismiss Sumitomo Corporation from this action with prejudice.

**IT IS SO STIPULATED.**

Dated: October __, 2009

HORNBERGER & BREWER

By: _____
Nicholas W. Hornberger
Attorneys for Plaintiffs
AYU'S GLOBAL TIRE, LLC and AYELE HAILEMARIAM

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

1 | Dated: October 2, 2009

BRYAN CAVE LLP

By: _____
Keith D. Klein
Attorneys for Defendants
SUMITOMO CORPORATION, SUMITOMO CORPORATION OF AMERICA, BIG O TIRES, LLC, TBC CORPORATION, RICK CASTRO, ROGER ANDERSON, and DUANE FRESHKNOCK